IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-02394-WJM-CBS
(Consolidated with Civil Action Nos. 11-cv-2395, 11-cv-2396 and 11-cv-2397)

ANA ALICIA ORTEGA,
KELLY BOREN,
KRISTAL CARILLO and
SHARELLE C. THOMAS,

Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, a municipality,
OFFICER RICKY NIXON, in his individual and official capacity,
OFFICER KEVIN DEVINE, in his individual and official capacity,
OFFICER JOHN DOE ONE, Denver Police Department Internal Affairs Bureau Police Officer, in his/her individual and official capacity, and
OFFICER JOHN DOE TWO, Denver Police Department Internal Affairs Bureau Police Officer, in his/her individual and official capacity,

Defendants.
_____

**ORDER GRANTING UNOPPOSED MOTION FOR CONSOLIDATION**
_____

This matter comes before the Court on Defendant City and County of Denver's Unopposed Motion for Consolidation filed September 19, 2011 (ECF No. 9). Pursuant to Fed. R. Civ. P. 42(a) and D.C.COLO.LCivR 7.5E, this Court finds that the actions listed below involve common questions of law or fact, including common parties and common claims. Furthermore, the Court finds that consolidation of these cases will avoid unnecessary costs and delays, and promote the efficient administration of justice.

As required by D.C.COLO.LCivR 40.1A, approval for consolidation from Chief U.S. District Judge Wiley Y. Daniel has been granted. Accordingly, the Court having reviewed and considered the Unopposed Motion and the file, and being otherwise fully advised, hereby ORDERS as follows:

Defendant's Unopposed Motion for Consolidation is GRANTED. The following actions are consolidated with the instant action for all purposes, and all future filings in any of these actions shall contain the caption as set forth above and shall be docketed under Civil Action No. 11-cv-02394-WJM-CBS:

1. 11-cv-2395-CMA-CBS (*Kelly Boren v. City and County of Denver, et. al*)

2. 11-cv-2396-DME-MEH (*Kristal Carrillo v. City and County of Denver, et. al*); and

3. 11-cv-2397-MSK-MEH (*Sharelle C. Thomas v. City and County of Denver, et al.*).

It is FURTHER ORDERED that U.S. Magistrate Judge Craig B. Shaffer will be the sole referral Magistrate Judge in the Consolidated Action.

Dated this 3rd day of October, 2011.

BY THE COURT:

William J. Martínez
United States District Judge

2