IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:11-cv-02394-WJM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: August 30, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

ANA ALICIA ORTEGA, *et al*.,   Qusair Mohamedbhai
                                Siddhartha Hardas Rathod
    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, THE, *et al*.,   Thomas Sullivan Rice
                                             Brian Roberts Reynolds
                                             Andrew David Ringel
    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:     9:19 a.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the Interested Party Richard Rosenthal's MOTION to Quash (Docket No. 70, filed on 8/17/2012), the plaintiff's RESPONSE to #70 MOTION to Quash (Docket No. 73, filed on 8/27/2012), and the defendant's RESPONSE to #70 MOTION to Quash(Docket No. 74, filed on 8/27/2012).

Mr. Ringel presents oral argument and engages in discussion with the court regarding related opinion and case law, Rule 45(c)(2)(b), Rule 45(c)(3)(a), if Mr. Rosenthal's motion was timely, when the parties will receive a trial date from Judge Martinez (trial is expected to be longer than 5 days), Judge Martinez's practice standards, Rule 4(f), and 28 U.S.C. § 1783.

Mr. Rathod presents oral argument and engages in discussion with the court regarding proper issuance and service of subpoenas, related opinion and case law, Rule 26(c)(2)(b), Rule 30, and 28 U.S.C. § 1783.

Discussion between the court and parties regarding Rule 16, Rule 45(a)(2), and Rule 45(c)(1). The court cites relevant case law.

For reasons as stated on the record,

**ORDERED:**   The court **GRANTS** the Interested Party Richard Rosenthal's MOTION to Quash (Docket No. 70, filed on 8/17/2012).

HEARING CONCLUDED.

**Court in recess**:      **10:11 a.m.**
Total time in court:    00:52

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.